# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| QUINETTE (GWENETTE) WESTBROOKS, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Action No.: |
| GEORGIA DEPARTMENT OF HUMAN SERVICES, | * * * | |
| Defendant. | * | |

## DISTRICT COURT NOTICE OF REMOVAL

**TO: The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division**

COMES NOW Georgia Department of Human Services, Defendant in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, and pursuant to 28 U.S.C. §§ 1441 and 1446, within the time prescribed by law, files this Notice of Removal. Defendant files this notice subject to and without waiving any defenses available to it under state and federal law. Defendant respectfully shows the Court as follows:

1.

On November 5, 2020, Plaintiff Quinette (Gwenette) Westbrooks filed a civil action against the Defendant in the Superior Court of Fulton County, State of Georgia, said action being designated as:

> QUINETTE (GWENETTE) WESTBROOKS, Plaintiff v. GEORGIA DEPARTMENT OF HUMAN SERVICES, Defendant. In The Superior Court of Fulton County, Civil Action No.2020CV342205.

A copy of the Complaint for Damages ("Complaint") is attached hereto as Exhibit "A."

2.

On November 10, 2020, Defendant was served a copy of the Complaint and Summons and Verification. Copies of the Summons, Verification, and Notice of Filing Affidavit of Process Server are attached hereto as Exhibits "B" and "C," and "D."

3.

In the Complaint, Plaintiff asserts the following claims: disability discrimination and retaliation in violation of the Americans with Disabilities Act (ADA); race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.;* and disability discrimination in violation of the Georgia Fair Employment Practices Act, O.C.G.A. §§ 45-19-20, *et seq*.

4.

Plaintiff is seeking various forms of relief, including but not limited to, general and compensatory damages, back pay, front pay, lost wages, injunctive relief, and attorney's fees and costs.

5.

Plaintiff's Complaint presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441(a).

6.

Defendant also attaches hereto as Exhibit "E," a true and accurate copy of the Superior Court Notice of Removal *to be* filed in the Superior Court of Fulton County, State of Georgia.

7.

Exhibits "A" through "E" constitute all process, pleadings, and orders, which have been served upon Defendant, which have been filed, or will be filed by Defendant in the Superior Court of Fulton County, State of Georgia.

8.

Defendant consents to and submits the removal of this action within 30 days of the date it was served with Plaintiff's Complaint. Defendant also consents to this notice subject to and without waiving any defenses available to the Defendant under state or federal law.

WHEREFORE, Defendant moves that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, State of Georgia.

Respectfully submitted, this 8th day of December, 2020.

CHRISTOPHER M. CARR            112505
Attorney General

|  |  |
|---|---|
| BRYAN K. WEBB | 743580 |
| Deputy Attorney General | |

*/s/ Katherine P. Stoff*          536807
KATHERINE P. STOFF
Senior Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Tel:     (404) 458-3491
Fax:     (404) 657-9932
Email: kstoff@law.ga.gov
Lead Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, I served the within and foregoing **DISTRICT COURT NOTICE OF REMOVAL** on the same day as filing the same, by depositing a copy thereof with the United Parcel Service or in the U.S. Mail,  properly packaged, and properly addressed to the following:

>Wayne B. Kendall
>Kimberly A. Ellison
>**Wayne B. Kendall, P.C.**
>155 Bradford Square, Suite B
>Fayetteville, GA 30215
>Wbkendall12@yahoo.com
>kimberly@waynebkendallpc.com

This 8th day of December, 2020.

>*/s/Katherine P. Stoff*
>KATHERINE P. STOFF         536807
>Senior Assistant Attorney General
>Department of Law, State of Georgia
>40 Capitol Square, S.W.
>Atlanta, Georgia  30334-1300
>Tel:    (404) 458-3491
>Fax    (404) 657-9932
>Email:  kstoff@law.ga.gov